UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00016-BLW |
|---|---|
| Plaintiff, | MEMORANDUM DECISION AND ORDER |
| v. | |
| JAMES K. SOKOLIS, | |
| Defendant. | |

## INTRODUCTION

Before the Court is a Joint Motion to Continue the Sentencing Hearing in this matter (Dkt. 35). For the reasons explained below, the Court will deny the motion.

## DISCUSSION

In March 2012, Defendant James Sokolis pleaded guilty to insurance fraud. He was sentenced to 24 months' imprisonment and three years' supervised release. Supervision began on April 12, 2014. A few weeks before supervision was set to expire, a petition was filed, alleging that Mr. Sokolis had violated the terms of his supervision. The hearing on that petition is scheduled for May 3, 2017.

The parties jointly ask the Court to delay the sentencing hearing for nine months and to extend the term of supervised release for a corresponding nine months. The parties explain that their intent is "to continue the defendant's supervised release for nine months and if the defendant does not violate his conditions, the parties will request the

petition against the defendant be dismissed and his supervision be ended." *Motion,* Dkt. 35, at 2.

The problem with the parties' plan is 18 U.S.C. § 3583(e)(3). This statute governs modifying or extending the terms of supervision, and it allows the Court to "extend a term of supervised release *if less than the maximum authorized term was previously imposed.*" 18 U.S.C. § 3583(3)(2) (emphasis added). Here, the Court previously imposed the maximum authorized term of supervised release – three years. *See* 18 U.S.C. § 3583(b) (authorizing a three-year term of supervised release for a Class C felony). So without first revoking Mr. Sokolis' existing term of supervised release, the Court cannot extend supervision. Accordingly, the Court will deny the pending motion.

## ORDER

**IT IS ORDERED that** the parties' Joint Motion to Continue Sentencing Hearing (Dkt. 35) is **DENIED.**

DATED: April 25, 2017

B. Lynn Winmill
Chief Judge
United States District Court